```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN R. MULROY
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     ) 2:18-po-00065-CKD
                                  )
12          Plaintiff,            ) STIPULATION TO VACATE COURT TRIAL
                                  ) AND SET STATUS CONFERENCE; AND
13      v.                        ) ORDER
                                  )
14  STEPHEN M. BERRY,             ) DATE:  July 16, 2018
                                  ) TIME:  9:00 a.m.
15          Defendant.            ) JUDGE: Hon. Carolyn K. Delaney
                                  )
16                                )
                                  )
17
18      The United States Attorney through its respective counsel, John
19  R. Mulroy, Special Assistant United States Attorney, and Rachelle
20  Barbour, Attorney, and Sarah Brauer, Certified Law Clerk, Attorneys
21  for the defendant, STEPHEN M. BERRY, hereby stipulate to vacate the
22  court trial scheduled for July 16, 2018, at 9:00 a.m.  Further, the
23  parties agree that a status conference should be scheduled on August
24  2, 2018, at 9:30 a.m.
25  ///
26  ///
27  ///
28  ///
```

STIPULATION AND PROPOSED ORDER            1            U.S. v. STEPHEN M. BERRY

Accordingly, the United States and the defendant jointly request to vacate the court trial on July 16, 2018, and set a status conference for August 2, 2018, at 9:00 a.m.

DATED: June 20, 2018        McGREGOR W. SCOTT
                            United States Attorney


                             /s/ John R. Mulroy
                            JOHN R. MULROY
                            Special Assistant U.S. Attorney


DATED: June 20, 2018         /s/ Rachelle Barbour
                            RACHELLE BARBOUR
                            Attorney
                            Counsel for Defendant


DATED: June 20, 2018         /s/ Sarah Brauer
                            SARAH BRAUER
                            Certified Law Clerk
                            Counsel for Defendant

                            (*Approved via email 06/20/2018*)


**ORDER**

It is hereby ordered that the court trial scheduled for July 16, 2018, at 9:00 a.m. is vacated. It is further ordered that a status conference is set for August 2, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 20, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE